IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MATTHEW SAVORY, Register No. 503817, )
)
              Plaintiff, )
)
              v. )   No. 06-4203-CV-C-SOW
)
TERRY MOORE, et al., )
)
              Defendants. )

## ORDER

On March 27, 2007, the United States Magistrate Judge recommended that plaintiff's motion for preliminary injunctive relief seeking a transfer to a different correctional facility be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 27, 2007, is adopted. [27] It is further

ORDERED that plaintiff's motion for preliminary injunctive relief seeking a transfer to a different correctional facility is denied [14].

                                                        /s/ Scott O. Wright

                                                        SCOTT O. WRIGHT
                                                        Senior United States District Judge

Dated: __5/1/2007_____
Kansas City, Missouri